UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No.: 4:14-CV-40088-DHH

| | |
|---|---|
| **HOMETOWN BANK, A COOPERATIVE BANK** | ) |
| **COUNTRY BANK FOR SAVINGS** | ) |
| **EASTERN BANK** | ) |
| **AVIDIA BANK** | ) |
| **NORTH BROOKFIELD SAVINGS BANK** | ) |
| **ROLLSTONE BANK & TRUST** and | ) |
| **SOUTHBRIDGE SAVINGS BANK** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF WORCESTER** and | ) |
| **CITY OF LYNN** | ) |
| | ) |
| **Defendants** | ) |

## MOTION FOR PRELIMINARY INJUNCTION

Now come the Plaintiffs in the above-captioned matter and pursuant to Fed.R.Civ.Pro. 65(a) move this Honorable Court to enjoin the City of Lynn and the City of Worcester from enforcing the foreclosure and mediation ordinances which are the subject matter of this cause of action until the U.S. Court of Appeals for the First Circuit has determined whether the substantially similar ordinances promulgated by the City of Springfield are valid and enforceable.

The Plaintiffs request a hearing on this Motion.

                                                                  Respectfully submitted,

                                                                  The Plaintiffs,
Hometown Bank, a Cooperative Bank, et al
By their attorney,


                                          /s/ Tani E. Sapirstein
Tani E. Sapirstein, Esq.
BBO #236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1350 Main Street, 12th Floor
Springfield, MA 01103
Tel. (413) 827-7500
Dated: July 25, 2014                  Fax (413) 827-7797

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Wendy L. Quinn, Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
quinnwl@worcesterma.gov

City of Lynn
c/o Mary F. Audley, City Clerk
Room 201 Lynn City Hall & Memorial Auditorium
3 City Hall Square
Lynn, MA 01901


Dated: July 25, 2014                /s/ Tani E. Sapirstein
                                             Tani E. Sapirstein