# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## (CENTRAL DIVISION)

**Civil Action No.: 4:14-cv-40088-DHH**

| | |
|---|---|
| **HOMETOWN BANK, A COOPERATIVE BANK** | ) |
| **COUNTRY BANK FOR SAVINGS** | ) |
| **EASTERN BANK** | ) |
| **AVIDIA BANK** | ) |
| **NORTH BROOKFIELD SAVINGS BANK** | ) |
| **ROLLSTONE BANK & TRUST and** | ) |
| **SOUTHBRIDGE SAVINGS BANK** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF WORCESTER and** | ) |
| **CITY OF LYNN** | ) |
| | ) |
| **Defendants** | ) |

## JOINT PROPOSED PRETRIAL SCHEDULING ORDER

Plaintiffs, Hometown Bank, et al, ("Plaintiffs"), and Defendants, City of Worcester, et al, ("Defendants"), submit the following Joint Proposed Pretrial Schedule, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F):

1.  Initial Disclosures.  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by December 29, 2014.

2.  Amendments to Pleadings.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 15, 2015.

3.  Fact Discovery - Interim Deadlines.

    a.  All requests for production of documents and interrogatories must be served by January 31, 2015.

    b.  All requests for admission must be served by February 20, 2015.

      c.     All depositions, other than expert depositions, must be completed by April 30, 2015.

4.     Fact Discovery - Final Deadline.  All discovery, other than expert discovery, must be completed by June 1, 2015.

5.     Case Management Conference.  A case management conference will be held on June 2, 2015.  At the conference, among other things, the court will address whether it is appropriate to schedule a separate settlement conference, pursuant to Local Rule 16.1(F)(7).

6.     Expert Discovery.

      a.     Plaintiffs' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by August 15, 2015.

      b.     Plaintiffs' trial experts must be deposed by September 15, 2015.

      c.     Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by October 15, 2015.

      d.     Defendants trial experts must be deposed by November 15, 2015.

7.     Dispositive Motions.

      a.     Dispositive motions, such as motions for summary judgment or partial summary judgment, and motions for judgment on the pleadings, must be filed by January 15, 2015.

      b.     Oppositions to dispositive motions must be filed within 30 days after service of the motion.

8.     The parties request that the Court set a date for an Initial Pretrial Conference.

9.     The undersigned counsel hereby certify that they have conferred with their respective clients on establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation.

2

10.   The undersigned counsel hereby certify that they have conferred with their respective clients regarding options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Plaintiffs,                                              Defendant,
HOMETOWN BANK, et al,                      CITY OF WORCESTER,
By Their Attorney,                                   By Its Attorney,


/s/ Tani E. Sapirstein                              /s/Ann S. Refolo
Tani E. Sapirstein, Esq.                          Wendy L. Quinn, Assistant City Solicitor
BBO No. 236850                                   BBO No. 653954
Sapirstein & Sapirstein, P.C.                 Ann S. Refolo, Assistant City Solicitor
1350 Main St., 12th Floor                       BBO No. 650342
Springfield, MA 01103                            City Hall, Room 301
Tel. (413) 827-7500                               455 Main St.
tani@sandslaw.com                              Worcester, MA 01608
                                                             Tel. (508) 799-1161
                                                             quinnwl@worcesterma.gov
                                                             refoloa@worcesterma.gov

                                                             The Defendant,
                                                             CITY OF LYNN,
                                                             By Its Attorney,

                                                             /s/Eloise P. Lawrence
                                                             Eloise P. Lawrence, Esq.
                                                             BBO No. 655764
                                                             Lee Goldstein, Esq.
                                                             Charles Carriere, Esq.
                                                             Harvard Legal Aid Bureau
                                                             23 Everett Street
                                                             Cambridge, MA 02138
                                                             Tel. (617) 496-5484
                                                             elawrence@law.harvard.edu

Dated:  December 11, 2014

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Wendy L. Quinn, Assistant City Solicitor
Ann S. Refolo, Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
quinnwl@worcesterma.gov
refoloa@worcestermas.gov

Eloise P. Lawrence, Esq.
Lee Goldstein, Esq.
Charles Carriere, Esq.
Harvard Legal Aid Bureau
23 Everett Street
Cambridge, MA 02138
elawrence@law.harvard.edu

Dated:  December 11, 2014          /s/ Tani E. Sapirstein
                                   Tani E. Sapirstein

K:\CASEFILE\MA Bankers.Worcester,Lynn,Lawrence 2014.733\Pleadings\Scheduling Order 12-10-14.doc