# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

C.A. NO.: 4:14-cv-40088-DHH

| |
|---|
| HOMETOWN BANK, A COOPERATIVE BANK, COUNTRY BANK FOR SAVINGS, EASTERN BANK, AVIDIA BANK, NORTH BROOKFIELD SAVINGS BANK, ROLLSTONE BANK & TRUST AND SOUTHBRIDGE SAVINGS BANK<br><br>PLAINTIFFS,<br><br>V.<br><br>CITY OF WORCESTER AND CITY OF LYNN,<br><br>DEFENDANTS. |

## AFFIDAVIT OF MICHEL J. BARRY, CITY SOLICITOR FOR THE CITY OF LYNN

My name is Michael J. Barry and I am the duly appointed City Solicitor for the City of Lynn. In my capacity as City Solicitor, I have personal knowledge of or made inquiry to the following facts:

1. On March 10, 2015, the Lynn City Council repealed Sections 3:00 through 12:00 (Mandatory Mediation Before Foreclosure on Residential Properties) and Section 13:00 (Securing and Maintaining Vacant, Foreclosing and Foreclosed Properties) of the Homeowner's Bill of Rights.

2. These sections were repealed in their entirety. *See* Official Copy of Council Order attached hereto as Attachment A.

3. Pursuant to Section 2 – 7 of the Lynn City Charter, every Council Order is presented to the mayor for his or her signature.

4. If the Mayor fails to sign the Council Order within ten days, it is deemed to have been approved by the Mayor.

5. The Mayor of the City of Lynn did not sign the Council Order repealing portions of the Homeowner's Bill of Rights.

6. More than ten days have expired and the Council Order has as a matter of law been deemed approved.

7. Pursuant to Section 3 – 10 of the Lynn City Charter, Council orders become effective thirty-one days after the adoption.

8. The Council Order repealing portions of the Homeowner's Bills of Rights became effective on April 10, 2015.

Signed under the pains and penalties of perjury, this the tenth day of April, 2015.

/s/ Michael J. Barry

# ATTACHMENT A

## ORDINANCE
## RE: BILL OF RIGHTS HOMEOWNER

Offered by Councilor  CAPANO
In City Council

Date:  MARCH 10, 2015

Date Adopted:

| Councilor | YES | NO |
|---|---|---|
| Barton | X | |
| Cahill | X | |
| Capano | X | |
| Chakoutis | X | |
| Colucci | X | |
| Crighton | X | |
| Cyr | X | |
| Ford-AB | X | |
| Lozzi | X | |
| Net | X | |
| Trahant | X | |
| TOTAL | 11 | 0 |

_Mary F. Audley_
City Clerk

Mayor _____  Returned by Mayor Unsigned ____

Date  April 1, 2015

Returned
Unsigned

A TRUE COPY ATTEST
_Mary F. Audley_
CITY CLERK

---

In City Council MOTION TO
AMEND (SEE BELOW)   CAPANO
Immediate Reconsideration
Notice of Reconsideration

| Councillor | YES | NO |
|---|---|---|
| Barton | X | |
| Cahill | | X |
| Capano | X | |
| Chakoutis | X | |
| Colucci | X | |
| Crighton | X | |
| Cyr | | X |
| Ford | X | |
| Lozzi | | X |
| Net | X | |
| Trahant | X | |
| | 8 | 3 |

Referred to  Law Dept., Council, Police Dept

Date:  March 11, 2015

Section 1:00 Suspension of Mediation Program – The Mediation Program established pursuant to Section 4:00 of the Ordinance titled "In the Year Two Thousand Fourteen an Ordinance Amending the Ordinance to Establish a Bill of Rights for Homeowners in the City of Lynn" is hereby suspended

Section 2:00 Repeal of Sections – Sections 3:00 through 12:00 (Mandatory Mediation Before Foreclosure on Residential Properties) and Section 13:00 (Securing and Maintaining Vacant, Foreclosing and Foreclosed Properties) of the above named ordinance are hereby repealed.

Section 3:00  Time of Taking Effect – This Ordinance shall take effect thirty-one (31) days after its final adoption as advertised.